UNITED STATES DISTRICT COURT
Southern District of New York


*191370*

**AFFIDAVIT OF SERVICE**

Index no : **1:18-cv-00767-JPO**

**James River Insurance Company, et al**

        Plaintiff(s),

vs.

**Indian Harbor Insurance Company**

        Defendant(s).
_____/

**STATE OF CONNECTICUT**
                      ss: East Hartford
**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **04/17/2018** at **3:55 PM**, I served the within **Summons in a Civil Action, Complaint, with Exhibits** on **Indian Harbor Insurance Company-Stamford** at Seaview House, 70 Seaview Ave, Stamford, CT 06902 in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Steve Agosta, General Counsel** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Indian Harbor Insurance Company-Stamford**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Gray | 51 | 5'11" | 170 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
April 24, 2018
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 03/31/2023

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES

X _____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#: